United States District Court
Southern District of Texas
**ENTERED**
March 26, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **TRACY CASH, GYASI EDMOND, PAUL MOORE, DENNIS PLATT, & DEMETRIK EMERSON, Individually and on behalf of similarly situated individuals,** | § § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Case No. 4:18-cv-04335-NFA** |
| **WCA MANAGEMENT COMPANY, LP,** | § § | |
| **Defendant.** | § | |

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Motion for Approval of Settlement. Having considered the Motion, the Court finds that it should be, and hereby is, GRANTED.

**IT IS THEREFORE ORDERED** that the Parties settlement agreement is APPROVED.

**IT IS FURTHER ORDERED** that the above-styled cause of action shall be, and hereby is, DISMISSED WITH PREJUDICE. All costs shall be borne by the party incurring same.

SIGNED this _26th_ day of _March_____, 2019.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

FIRMWIDE:162508430.5 074115.1017